JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK GONZALEZ, | No. EDCV 11-1615 JFW (FFM) |
| Petitioner, | |
| v. | JUDGMENT |
| G.D. LEWIS, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: September 18, 2012

JOHN F. WALTER
United States District Judge