JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK GONZALEZ,<br><br>    Petitioner,<br><br>  v.<br><br>G.D. LEWIS, Warden,<br><br>    Respondent. | No. EDCV 11-1615 JFW (FFM)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: September 18, 2012

                                                JOHN F. WALTER
                                         United States District Judge